


PEB: USAO 2019R00771

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-19-0536 |
|---|---|
| v. | (Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Aiding and Abetting, 18 U.S.C. § 2, Forfeiture, 18 U.S.C. §§ 2253, 2428) |
| ERIC DONOVAN ASHE, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Distribution of Child Pornography)

FILED ENTERED
LODGED RECEIVED

NOV 13 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Grand Jury for the District of Maryland charges that:

On or about September 5, 2019, in the District of Maryland, the defendant,

**ERIC DONOVAN ASHE,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction being of such conduct, that is, the defendant distributed a video file that is approximately 1 minute and 41 seconds long and depicts a minor female touching her exposed vagina with a curling iron.

18 U.S.C. §§ 2252(a)(2) & 2256

## COUNT TWO
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about July 28, 2019, in the District of Maryland, the defendant,

### ERIC DONOVAN ASHE,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduced any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant received a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, a video file that is approximately 48 seconds long and depicts an adult male inserting his penis into the anus of a prepubescent minor female.

18 U.S.C. §§ 2252(a)(2) and (b)(1).

2

## **COUNT THREE**
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about September 11, 2019, in the District of Maryland, the defendant,

## **ERIC DONOVAN ASHE,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Samsung Galaxy Note 8 cell phone, Model: SM-N950U1, Serial #: R28J82328VT, IMEI: 3585 1008 0132 493, made in China, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT FOUR
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about September 11, 2019, in the District of Maryland, the defendant,

**ERIC DONOVAN ASHE,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Kingston 8GB DataTraveler G4 Thumb drive, # 7445566, made in Taiwan, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT FIVE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about September 11, 2019, in the District of Maryland, the defendant,

### ERIC DONOVAN ASHE,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Samsung S6 Edge cell phone, Model: SMG928VZKE, IMEI: 990005880585133, made in Korea, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT SIX
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about September 11, 2019, in the District of Maryland, the defendant,

### ERIC DONOVAN ASHE,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Samsung Galaxy S4 cell phone, Model Number: SCH-I545, IMEI: 990004373898547, made in China, that contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Six of this Indictment are incorporated here.

2. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under Counts One through Six of this Indictment.

### Child Pornography Forfeiture

3. As a result of the offenses set forth in Counts One through Six of the Indictment in this case, the defendant,

**ERIC DONOVAN ASHE**,

shall forfeit to the United States:

    a. Any visual depiction described in 18 U.S.C. §§ 2252 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including but not limited to the following:

        1. Samsung Galaxy Note 8 cell phone, Model: SM-N950U1, Serial #:R28J82328VT, IMEI: 3585 1008 0132 493, made in China;
        2. Kingston 8GB DataTraveler G4 Thumb drive, # 7445566, made in Taiwan;
        3. Samsung S6 Edge cell phone, Model: SMG928VZKE, IMEI: 990005880585133, made in Korea; and

    4. Samsung Galaxy S4 cell phone, Model Number: SCH-I545, IMEI: 990004373898547, made in China.

### Substitute Assets

4. If any of the property described above, as a result of any act of omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. as been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2253, 853, 2461(c)

*[signature]*
Robert K. Hur
United States Attorney

**SIGNATURE REDACTED**

Foreperson
Date: November 13, 2019